UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
UNITED STATES OF AMERICA          :
                                  :       **NOTICE OF APPEARANCE**
                                  :
        -against-                 :       Docket No: 01-CR-00939(BSJ)
                                  :       Judge: Barbara S. Jones
VICTOR EINHORN                    :
              Defendant.          :       Date: 08/18/05
------------------------------------------------------X

PLEASE TAKE NOTICE, that I have been retained by **VICTOR EINHORN**, the above named Defendant. I was admitted to practice in this District on **JULY 2002**.

<u>Uzmah Saghir, Esq.</u>

**730 5th Avenue**
**9th Floor**
**New York, NY 10019**
**Tel: 212-659-7780**
**Fax: 212-659-7805**