

**MANDATE**

SDNY-NYNY
01-cr-939
JONES

# UNITED STATES COURT OF APPEALS
## FOR THE SECOND CIRCUIT
### MOTION INFORMATION STATEMENT

**Docket Number(s):** 05-6325-cr (L), 06-0798-cr (Con)  **Caption** [use short title] USA v. Einhorn

**Motion for:** withdrawal and dismissal of appeal

Set forth below precise, complete statement of relief sought:

Order granting permission to withdraw appeal and dismissing appeal.

*UNITED STATES COURT OF APPEALS FILED APR 16 2008 Catherine O'Hagan Wolfe SECOND CIRCUIT*

*RECEIVED 2008 APR 16 AM 11: 25 CLERK'S OFFICE U.S. COURT OF APPEALS*

**MOVING PARTY:** Victor Einhorn    **OPPOSING PARTY:** United States of America

☐ Plaintiff    ☑ Defendant
☑ Appellant/Petitioner    ☐ Appellee/Respondent

**MOVING ATTORNEY:**    **OPPOSING ATTORNEY:**
[name of attorney, with firm, address, phone number, and email]    [name of attorney, with firm, address, phone number, and email]

Jeremy Gutman
251 East 61st Street
New York, NY 10065
(212) 644-5200
jeremygutm@aol.com

Marcus Asner, Assistant United States Attorney
Southern District of New York
One Saint Andrews Plaza
New York, New York 10007
(212) 637-2483

**Court-Judge/Agency appealed from:** Hon. Barbara Jones, District Court, S.D.N.Y.

Please check appropriate boxes:    **FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUNCTIONS PENDING APPEAL:**

Has consent of opposing counsel:    Has request for relief been made **below**?  ☐ Yes  ☐ No
A. been sought?  ☐ Yes  ☑ No
B. been obtained?  ☐ Yes  ☐ No    Has this relief been previously sought in
In this Court?  ☐ Yes  ☐ No

**Is oral argument** requested?  ☐ Yes  ☑ No    Requested return date and explanation of emergency:
(requests for oral argument will not necessarily be granted)

**Has argument** date of appeal been set?  ☑ Yes  ☐ No

If yes, enter date _____

**Signature of Moving Attorney:**

_/s/ Jeremy Gutman_    Date: 04/15/08    Has **service** been effected?  ☑ Yes  ☐ No
[Attach proof of service]

---

Leave this space blank.    **ORDER**    *The appeal is withdrawn with prejudice.*
**IT IS HEREBY ORDERED** that the motion is  ☑ granted    ☐ denied.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk of Court

Date: APR 17 2008    *UNITED STATES COURT OF APPEALS FILED APR 17 2008 Catherine O'Hagan Wolfe, Clerk SECOND CIRCUIT*    By: _/s/ Joy Fallek_
Joy Fallek, Administrative Attorney

A TRUE COPY
Catherine O'Hagan Wolfe, Clerk
Form T-1080 (Revised 12/12/01)
by _____ DEPUTY CLERK

**ISSUED AS MANDATE:** 5/8/08