UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
VICTOR EINHORN,                :
                               :
            Petitioner,        :     05 Civ. 9286 (BSJ)
      v.                       :
                               :
UNITED STATES OF AMERICA,      :     ORDER
                               :
            Respondent.        :
------------------------------X

**BARBARA S. JONES**
**UNITED STATES DISTRICT JUDGE**

On February 15, 2008, the Court granted Petitioner's motion to vacate his sentence in the above-captioned case and Petitioner was resentenced on March 18, 2008.  Accordingly, the Clerk of the Court is directed to close this case.

**SO ORDERED:**

_Barbara S. Jones_
**Barbara S. Jones**
**UNITED STATES DISTRICT JUDGE**

New York, New York
May 21, 2008


USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/22/08